# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2015-1783

RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,

Appellant,

v.

REGIONS FINANCIAL CORPORATION, ADVANCE AMERICA, CASH ADVANCE CENTERS, INC., CNU ONLINE HOLDINGS, LLC fka Cash America Net Holdings, LLC

Appellees.

Appeal from the United States Patent and Trademark Office,
Case No. CBM2014-00012

_____

**UNOPPOSED MOTION OF APPELLANT RETIREMENT
CAPITAL ACCESS MANAGEMENT COMPANY, LLC
TO EXTEND TIME TO FILE APPELLANT BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellant Retirement Capital Access Management Company LLC ("RCAMC") moves for an extension of time of fourteen (14) days to file its opening brief and for the Court to consider its unopposed Motion to Stay.

**I.    Unopposed Motion to Extend Briefing Deadline**

RCAMC moves for an extension of time of fourteen (14) days to file its opening brief. The current deadline is August 31, 2015. The requested extension

would move the due date to September 14, 2015. No previous extensions have been granted to RCAMC in this appeal.

In accordance with Federal Circuit Rule 26(b)(1), this motion is being filed at least seven days before the deadline sought to be extended. Counsel for RCAMC has contacted Appellees' counsel, Paul Gennari, Graham Day, Robyn Ast-Gmoser, Lewis Wiener, Rob Kohse, Harold Fox, Jennifer Fryer, John Caracappa, Gretchen Miller, and Mark Deming, who have collectively stated, through Paul Gennari, that Appellees do not oppose RCAMC's request for additional time.

RCAMC seeks this extension of time because tomorrow it expects to file a motion to stay this case pending RCAMC's further appeal of this Court's August 7, 2015 decision in a related case involving the validity of the same patent, *Retirement Capital Access Management Company LLC v. U.S. Bancorp*, No. 2015-1039. Appellees' counsel has already indicated they are unopposed to the motion to stay RCAMC will file. In the event the Court grants RCAMC's unopposed motion to extend the briefing deadline, the Court will have more time to rule on RCAMC's motion to stay before it is necessary for RCAMC to file its opening brief. RCAMC wishes to avoid incurring the burden of filing its opening brief because Appellees are unopposed to RCAMC's motion to stay.

**II.    Conclusion**

Accordingly, RCAMC respectfully submits that good cause exists to extend

the time to file its opening appellant brief, extending the due date by fourteen (14) days to Monday, September 14, 2015.

Dated: August 24, 2015

**GRIFFITH BATES CHAMPION & HARPER LLP**

*/s/ Casey Griffith*
Casey Griffith
Texas Bar No. 24036687
Michael Barbee
Texas Bar No. 24082656
GRIFFITH BATES CHAMPION & HARPER LLP
5910 N. Central Expressway, Suite 1050
Dallas, Texas 75206
214-238-8400 | Main
214-238-8401 | Fax

**Attorneys for Appellant Retirement Capital Access Management Company LLC**

**Form 9**

**FORM 9. Certificate of Interest**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Retirement Capital Access Management Company LLC v. Regions Financial Corporation

No. 15-1783

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) APPELLANT certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Retirement Capital Access Management Company LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Not Applicable

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Not Applicable

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Griffith Bates Champion & Harper LLP, Casey L. Griffith, Michael C. Barbee

| August 24, 2015 | /s/ Casey Griffith |
|---|---|
| Date | Signature of counsel |
| | Casey Griffith |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: Counsel of Record

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  August 24, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Casey Griffith | /s/ Casey Griffith |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Griffith Bates Champion & Harper LLP |
| Address | 5910 N. Central Expressway, Suite 1050 |
| City, State, Zip | Dallas, Texas, 75206 |
| Telephone Number | 214-238-8400 |
| Fax Number | 214-238-8401 |
| E-Mail Address | casey.griffith@griffithbates.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields