NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,**
*Appellant*

v.

**REGIONS FINANCIAL CORPORATION, ADVANCE AMERICA, CASH ADVANCE CENTERS, INC., CNU ONLINE HOLDINGS, LLC, fka Cash America Net Holdings, LLC,**
*Appellees*

---

2015-1783

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2014-00012.

---

**ON MOTION**

---

Before O'MALLEY, *Circuit Judge*.

**O R D E R**

Upon consideration of appellant's unopposed motion to stay proceedings in 2015-1783 pending final disposition

of *Retirement Capital Access Management Company LLC v. U.S. Bancorp*, 2015-1039,

IT IS ORDERED THAT:

The motion is granted. The briefing schedule is stayed. The parties are directed to inform the court in this case within 14 days of the final resolution of 2015-1039 how they believe the appeal should proceed.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s26